UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JACK BISSEY          § | | CIVIL ACTION |
|     Plaintiff    § | | |
|                   § | | |
| VS.                  § | | NO. 1:13-CV-587 |
|                   § | | |
| WAL-MART STORES TEXAS, L.L.C. § | | |
|     Defendant    § | | JURY |

### FINAL JUDGMENT

The above cause came on to be heard at the regular setting thereof, and came Plaintiff, JACK BISSEY, and Defendant, WAL-MART STORES TEXAS, LLC, and their attorneys, and the parties announced to the Court that all claims and causes of action which were or could have been asserted by and between them had been compromised and settled and the consideration therefore paid in full, and that judgment should be entered that Plaintiff, JACK BISSEY, take nothing, in accordance with such compromise settlement agreement:

It is therefore, **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff, JACK BISSEY recover from the Defendant, WAL-MART STORES TEXAS, LLC, **NOTHING**;

It is further ORDERED, ADJUDGED and DECREED by the Court that the Party incurring same pay all legally taxed Court costs appearing on the books of the Clerk of this Court as of this date.  All relief sought herein which is not expressly granted, is denied.  This is a FINAL JUDGMENT and is intended to dispose of all claims and causes of action by and between all parties.

**APPROVED**:

/s/ Jonathan Juhan

_____
Jonathan Juhan
State Bar No. 11047225
J.J. Bragg
State Bar No. 00790356
ATTORNEYS AT LAW
985 I-10 North, Suite 100
Beaumont, Texas  77706
ATTORNEYS FOR PLAINTIFF
JACK BISSEY


/s/ Karen L. Spivey

_____
Karen L. Spivey
State Bar No. 18955100
PATE & SPIVEY, L.L.P.
First City Building
505 Orleans Street, Suite 500
Beaumont, Texas 77701
ATTORNEY FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC