IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JACK BISSEY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1:13-cv-587 |
| v. | § | |
| | § | JUDGE RON CLARK |
| WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion for Submission of Final Judgment [Doc. #8]. Having considered the motion, the court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Agreed Motion for Submission of Final Judgment is GRANTED. All claims and counterclaims of the parties are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

So **ORDERED** and **SIGNED** this 3 day of **January, 2014.**

_____
Ron Clark, United States District Judge